IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,
                Plaintiff

vs.
                              Case No: 18-CR-20655-CR-MGC

RON PINKE LEONARD,
                Defendant.

## *ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF HIS PRETRIAL RELEASE*

THIS CAUSE having come to be heard on the Defendant's Second Unopposed Motion to Modify the Conditions of His Pretrial Release, it is

CONSIDERED, ORDERED AND ADJUDGED that the Motion be and the same is hereby granted as follows:

Mr. Leonard's electronic monitoring with home detention is modified to electronic monitoring with an 8:00 p.m. to 7:00 a.m. curfew in lieu of home detention. All other conditions of pretrial release remain the same.

DONE AND ORDERED at Miami, Florida, this the 22nd day of May, 2019.

_____
U.S. District Judge